[No. 24119-6-II. Division Two. June 30, 2000.]

SALVADOR DELGADO GUIJOSA, ET AL., v. WAL-MART STORES, INC., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Mason County, No. 96-2-00074-8, James B. Sawyer II, J., entered November 9, 1998. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, A.C.J., and Houghton, J. Now published at 101 Wn. App. 777.

[No. 23864-1-II. Division Two. June 30, 2000.]

THE STATE OF WASHINGTON, *Respondent,* v. JUSTIN S. TARVER, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 98-1-00110-0, George L. Wood, Jr., J., entered October 9, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Houghton, J.

[No. 45068-9-I. Division One. July 3, 2000.]

BETH ANN VAIL KEELER, *Appellant,* v. JOHN STANDLEY KEELER, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 93-3-07065-2, Linda Lau, J., entered July 12, 1999. *Affirmed* by unpublished opinion per Becker, A.C.J., concurred in by Grosse and Cox, JJ.